**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

XINWEN CHEN, )
)
Petitioner, )
)
v. ) Case No. CIV-26-846-PRW
)
SCARLET GRANT, et al., )
)
Respondents. )

## ORDER

This case is one of many habeas petitions filed by an alien detainee challenging the legal basis for their detention. On August 25, 2026, the Court issued an Order (Dkt. 8) granting the Petition (Dkt. 1) in part and directing Respondents to provide Petitioner with an individualized bond hearing within seven days or otherwise release Petitioner if he did not receive a bond hearing within that period. The Court **ORDERS** Respondents to file a status report on or before November 13, 2026, to inform the Court whether Petitioner received a bond hearing and whether Petitioner remains detained.

**IT IS SO ORDERED** this 6th day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE